# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BAYLOR A. NOLEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 24-0290-KD-B** |
| ) | |
| **AMERITRUCKS CENTER, LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 31, 2024 (Doc. 11) is ADOPTED as the opinion of this Court.

Accordingly, the Motion to Remand filed by Plaintiff Baylor A. Nolen (Doc. 6) is GRANTED and this action is REMANDED to the Circuit Court of Mobile County, Alabama.

The Clerk is DIRECTED to take the necessary steps to effectuate the remand.

DONE and ORDERED this 27th day of November 2024.

> s/ Kristi K. DuBose
> KRISTI K. DUBOSE
> UNITED STATES DISTRICT JUDGE